IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ANGELA CAUDLE, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL NO. 3:13-cv-091-JAG |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on October 15, 2013 (ECF No. 13). The time to file objections has expired and neither party has objected to the Report and Recommendation. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) Plaintiff's Motion for Summary Judgment (ECF No. 10) is DENIED.

(3) Defendant's Motion for Summary Judgment (ECF No. 12) is GRANTED.

(4) The decision of the Commissioner is AFFIRMED.

(5) This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to Plaintiff and all counsel of record.

It is so ORDERED.

/s/
John A. Gibney, Jr.
United States District Judge

Richmond, Virginia
Date: 10/30/13